IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UGI SUNBURY LLC, | : | Case No: 3:16-CV-00794 |
| | : | |
| PLAINTIFF | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| A PERMANENT EASEMENT FOR 0.4308 ACRES, AND TEMPORARY CONSTRUCTION AND ACCESS EASEMENT FOR 0.4577 ACRES IN THE BOROUGH OF SHAMOKIN DAM, SNYDER COUNTY, PENNSYLVANIA TAX PARCEL NO. 16-04-059 | : | |
| | : | |
| GEORGIA A. PONTIUS CO-TRUSTEES OF THE DONALD D. AND GEORGIA A. PONTIUS LIVING TRUST PO BOX 252 HUMMELS WARF, PA 17831 | : | |
| | : | |
| BOROUGH OF SHAMOKIN DAM 42 W. 8TH AVE., SUITE 1 SHAMOKIN DAM, PA 17876 | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA DEPT. OF TRANSPORTATION KEYSTONE BUILDING 400 NORTH ST. HARRISBURG, PA 17120 | : | |
| | : | |
| AND ALL UNKNOWN OWNERS | : | |
| | : | |
| DEFENDANTS | : | |

# ORDER
August 2, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. Plaintiff UGI Sunbury LLC's Motion for Hearing (ECF No. 17) is DENIED;

2. Plaintiff UGI Sunbury LLC's Motion For Partial Summary Judgment (ECF No. 15) is GRANTED;

3. Plaintiff UGI Sunbury LLC's Motion For Preliminary Injunction (ECF No. 13) is GRANTED;

4. Plaintiff UGI Sunbury LLC shall post a surety bond with the Clerk of Court in the amount of $540,000 payable to "Clerk, U.S. District Court," and sent to U.S. Courthouse and Federal Building, Suite 401, 240 West Third Street, Williamsport, Pennsylvania 17701. The surety bond will be held in the vault located in the Clerk's Office, Middle District of Pennsylvania, Williamsport Division.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge