IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UGI SUNBURY, LLC,<br><br>    Plaintiff.<br><br>v.<br><br>A PERMANENT EASEMENT FOR 0.4308 ACRES, AND TEMPORARY CONSTRUCTION AND ACCESS EASEMENT FOR 0.4577 ACRES IN THE BOROUGH OF SHAMOKIN DAM, SNYDER COUNTY, PENNSYLVANIA TAX PARCEL NO. 16-04-059,<br><br>DONALD D. PONTIUS and GEORGIA A. PONTIUS, CO-TRUSTEES OF THE DONALD D. AND GEORGIA A. PONTIUS LIVING TRUST,<br><br>BOROUGH OF SHAMOKIN DAM,<br><br>COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF TRANSPORTATION,<br><br>and ALL UNKNOWN OWNERS,<br><br>    Defendants. | No. 3:16-CV-00794<br><br>(Judge Brann) |

## ORDER

### APRIL 24, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Exclude Defendant's Expert Report and Witness, ECF No. 62, is **DENIED**.

2. Defendant's Motion to Exclude Plaintiff's Expert Witness, ECF No. 66, is **DENIED**.

3. Defendant's Motion to Exclude Plaintiff's Lay Witnesses and Evidence, ECF No. 68, is **DENIED**.

4. Resolution of Defendant's Motion to Apply State Law, ECF No. 64, is **STAYED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge