# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UGI SUNBURY LLC, | No. 3:16-CV-00794 |
| Plaintiff. | (Judge Brann) |
| v. | |
| A PERMAMENT EASEMENT FOR 0.4308 ACRES, et al., | |
| Defendants. | |

## ORDER

### AUGUST 31, 2018

In accordance with the accompanying Memorandum Opinion, Defendants' Motion in Limine to Apply State Law, ECF No. 64, is **DENIED**. The Clerk of Court is directed to enter judgment in favor of Defendants in the amount of $254,228.39. The Clerk is also directed to release the $540,000 bond posted by Plaintiff, and to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge