IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UGI SUNBURY LLC, | No. 3:16-CV-00794 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| A PERMANENT EASEMENT FOR 0.4308 ACRES, *et al.*, | |
| Defendants. | |

# ORDER

**AND NOW**, this 28th day of September 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' objections to UGI Sunbury LLC's Amended Complaint pursuant to Federal Rule of Civil Procedure 71.1 (Doc. 139) are **SUSTAINED**.

2. UGI's Amended Complaint (Doc. 138) is **DISMISSED**.

3. UGI's original Complaint (Doc. 1), filed on May 6, 2016, remains the operative complaint in the case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge