IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UGI SUNBURY LLC, | No. 3:16-CV-00794 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| A PERMANENT EASEMENT FOR 0.4308. *et al.*, | |
| Defendants. | |

# ORDER

**AND NOW**, this 4th day of November 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. UGI Sunbury LLC's motion *in limine* to exclude the testimony of the Defendant's expert witness, William F. Rothman (Doc. 142), is **DENIED**.

2. The Defendants' motion *in limine* to exclude the testimony of UGI's expert witness, Matthew S. Krauser (Doc. 144), is **DENIED**.

3. The testimony and expert reports of Mr. Rothman and Mr. Krauser are admitted into evidence.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge