IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UGI SUNBURY LLC, | No. 3:16-CV-00794 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| A PERMANENT EASEMENT FOR 0.4308. *et al.*, | |
| Defendants. | |

## ORDER

**DECEMBER 13, 2021**

In accordance with the accompanying Memorandum Opinion, the Clerk of Court is directed to enter judgment in favor of the Defendants in the amount of $214,249.75. The Clerk is also directed to release the $317,785 bond posted by the Plaintiff and to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge