UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UGI Sunbury LLC | : | No. 3:16-CV-794 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| vs. | : | |
| | : | |
| A PERMANENT EASEMENT FOR 0.4308 ACRES, et al., | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT IN A CIVIL ACTION

The Court has ordered that (check one):

___ the plaintiff _____ recover from the defendant _____ the amount of $_____ dollars ($        ), which includes prejudgment interest at the rate of _____ percent, plus post judgment interest at the rate of _____ per annum, along with costs.

___ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recovery costs from the plaintiff _____.

 **X**   OTHER:   judgment is entered in favor of Defendants in the amount of $214,249.75.

This action was:

____ tried by a jury with Judge _____ presiding   and the jury has rendered a verdict.
____ tried by Judge _____ without a jury and the above decision was reached.
 **X**   decided by Judge Matthew W. Brann pursuant to 12/13/2021 Memorandum and Order.


Dated: 12/13/2021            Peter Welsh, Clerk of Court
                             By: s/Lisa A. Gonsalves, deputy